**UNITED STATES of America,
Plaintiff—Appellee,**

**v.**

**Juan Jose MIRANDA, Defendant—
Appellant.**

**No. 08–50405.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 16, 2009.*

Filed July 1, 2009.

Christina M. McCall, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Siri Shetty, Law Office of Siri Shetty, San Diego, CA, for Defendant–Appellant.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM ** .

Juan Jose Miranda appeals from the 70–month sentence imposed following his guilty-plea conviction for attempted entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm but remand to correct the judgment.

Miranda contends that his sentence is unreasonable because the district court failed to consider all of the 18 U.S.C. § 3553(a) sentencing factors. We conclude that the district court did not procedurally err. *See United States v. Carty*, 520 F.3d 984, 991–93 (9th Cir.2008) (en banc).

Miranda also contends that the district court erred when it sentenced him in excess of two years, pursuant to 8 U.S.C. § 1326(b), because the fact of his prior conviction was not alleged in his indictment or proved to a jury beyond a reasonable doubt. As Miranda concedes, this contention is foreclosed. *See United States v. Grisel*, 488 F.3d 844, 846–47 (9th Cir.2007) (en banc); *see also United States v. Covian–Sandoval*, 462 F.3d 1090, 1096–97 (9th Cir.2006).

In accordance with *United States v. Rivera–Sanchez*, 222 F.3d 1057, 1062 (9th Cir.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to 8 U.S.C. § 1326(b). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to § 1326(b)).

**AFFIRMED; REMANDED to correct the judgment.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.